IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY JEVON BELL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:24-cv-02971-E (BT) |
| | § | |
| UNITED STATES, et al. | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The Clerk of the Court is **ORDERED** to unseal this case, and the petitioner's motion to seal, (ECF No. 4), is **DENIED**. By separate judgment, the petitioner's 28 U.S.C. § 2241 habeas application shall be **DISMISSED**.

**SO ORDERED this 21st day of January, 2025.**

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] (*See generally* ECF Nos. 8-11). The Court construes these filings as objections and conducted a *de novo* review of the same.